**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH DAKOTA**

ROOM 211
FEDERAL BUILDING AND U.S. POST OFFICE
225 SOUTH PIERRE STREET
**PIERRE, SOUTH DAKOTA  57501-2463**

**IRVIN N. HOYT**   TELEPHONE (605) 224-0560
BANKRUPTCY JUDGE   FAX (605) 224-9020

April 7, 2006

Christopher J. Baumann, Esq.,
Counsel for Debtor
Post Office Box 555
Spearfish, South Dakota  57783

Robert E. Mayer,
Deputy Attorney General, Litigation Division
1302 East Highway 14, Suite 1
Pierre, South Dakota  57501

Jesse B. Sondreal,
Meade County States Attorney
1425 Sherman Street
Sturgis, South Dakota  57785

> Subject: *In re Benjamin E. and Shelia D. Standing Bear*,
> Chapter 7, Bankr. No. 05-50523

Dear Counsel:

On February 15, 2006, Debtors filed a motion seeking an order declaring that the following judgments (and two others) have been voided in bankruptcy pursuant to S.D.C.L. § 15-16-20:

> State of South Dakota Meade County Clerk of Courts, judgment for $223.50, dated June 16, 1994, Docket No. 46c93000209a0, Circuit Court, Meade County, South Dakota. *(Fines and costs)*
>
> Meade County Clerk of Court, judgment for $467.15, dated November 7, 1995, Docket No. 46C92000606A0, Circuit Court, Meade County, South Dakota. *(Fines and costs)*

By Order entered March 6, 2006, the Court requested short briefs from Debtors and the State or Meade County to ensure the judgments were not for criminal fines or penalties, which are excepted from discharge under 11 U.S.C. § 523(a)(7).  Only Debtors

In re Standing Bear
April 7, 2006
Page 2


filed a brief.[1]  They stated, on personal knowledge only, that the subject debts arose from medical bills incurred by Debtors and paid by Meade County.

    Accordingly, since the record does not show the subject debts arose from a criminal fine or penalty, the attendant judgments will be voided.  An appropriate order will be entered.

Sincerely,

Irvin N. Hoyt
Bankruptcy Judge

INH:sh

CC:  case file (docket original and serve parties in interest)

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached service list.

Charles L. Nail, Jr.
Clerk, U. S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Charles L. Nail, Jr.
Clerk, U.S. Bankruptcy Court
District of South Dakota

---

[1] The Court's scheduling order also provided that if the parties agreed the subject debts did not fall under § 523(a)(7), they could so inform the Court by letter, in lieu of filing briefs. No letter was received by the Court.

Benjamin Edgar Standing Bear
1202 Easy St. #28
Whitewood, SD 57793

Sheila Dawn Standing Bear
1202 Easy St. #28
Whitewood, SD 57793

Christopher J. Baumann
PO Box 555
Spearfish, SD 57783

Stephanie C. Bengford
Assistant U.S. Attorney
PO Box 3303
Sioux Falls, SD 57101-3303

Dennis C. Whetzal
Trustee
PO Box 8285
Rapid City, SD 57709

Bruce J. Gering
Office of the U.S. Trustee
230 S. Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321

Robert E. Mayer,
Deputy Attorney General, Litigation Division
1302 East Highway 14, Suite 1
Pierre, SD 57501

Jesse B. Sondreal
Meade County States Attorney
1425 Sherman Street
Sturgis, SD 57785